**FILED**
February 6, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. MAG. 06-0040-PAN
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
CLYDE M. BUCKLEY, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release CLYDE M. BUCKLEY, Case No. MAG. 06-0040-PAN, Charge, 18USC§228(a)(3), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    X    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $_____

           ___    Unsecured Appearance Bond

           ___    Appearance Bond with 10% Deposit

           ___    Appearance Bond with Surety

           ___    Corporate Surety Bail Bond

    X    (Other)    <u>Conditions as stated on the record</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>February 6, 2006</u> at <u>2:20 p.m.</u>

By  /s/ Peter A. Nowinski
Peter A. Nowinski
United States Magistrate Judge